**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------X

ISAIAH VALENCIA and NICOLAS CHAE, Individually, and on behalf of others similarly situated as Class Representatives,

                      Plaintiffs,

    -against-

ESTUNIGA, INC., JOSE ZUNIGA, AND JUAN ZUNIGA,

                      Defendants.
-------------------------------------X

22-cv-06049 (RER)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 68, Plaintiffs Isaiah Valencia and Nicolas Chae and opt-in Plaintiff Gavin Smith (collectively "Plaintiffs") hereby serve notice that they accept Defendants' offer of judgment by which Defendants offer to pay Plaintiffs the sum of $10,000 in connection with their Fair Labor Standards Act claims (Causes of Action 1 and 2) alleged in this Action, which includes in that sum $2,500 for reasonable attorney's fees and other costs incurred up to the date this offer of judgment is served. Plaintiffs acknowledge and accept that this offer of judgment shall constitute satisfaction of any and all claims and causes of action of any kind against Defendants that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiffs, under the Fair Labor Standards Act.

                      /s/ Robert McCreanor

                      Robert D. McCreanor, Esq.
                      LAW OFFICE OF ROBERT D. MCCREANOR, P.L.L.C.
                      245 Saw Mill River Road Suite 106
                      Hawthorne, New York 10532
                      845.202.1833
                      rmccreanor@rdmclegal.com
                      Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Robert McCreanor, hereby declare under penalty of perjury that on November 16, 2023 the annexed Notice of Acceptance was served upon counsel for Defendants in this action by electronic correspondence and that the same has been filed with the Court via ECF thereby effectuating service on counsel for all parties.

/s/ Robert McCreanor