**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------X

ISAIAH VALENCIA and NICOLAS CHAE, Individually, and on behalf of others similarly situated as Class Representatives,

                Plaintiffs,

    -against-

ESTUNIGA, INC., JOSE ZUNIGA, AND JUAN ZUNIGA,

                Defendants.
-------------------------------------X

22-cv-06049 (RER)

**JUDGMENT**

    It is hereby ORDERED and ADJUDGED: That pursuant to Federal Rule of Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiffs' Notice of Acceptance thereof, judgment is hereby entered for Plaintiffs Isaiah Valencia, Nicolas Chae and Gavin Smith in connection with the Fair Labor Standards Act claims alleged in this Action against Defendants Estuniga, Inc. Jose Zuniga and Juan Zuniga in the amount of $10,000, which includes in that sum $2,500 for reasonable attorney's fees and other costs.

Dated: November 27, 2023
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
      Deputy Clerk